IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**K & K FARM SERVICE, INC.**                                                   **PLAINTIFF**

v.                              **Case No. 4:19CV00253 – SWW**

**GASTON MARQUEVICH**                                                    **DEFENDANT**

**CONSENT JUDGEMENT**

NOW ON THIS DAY comes the Plaintiff, K & K Farm Service, Inc., by and through its Attorneys, Donald K. Campbell, III of Campbell & Grooms, PLLC, and Defendant Gaston Marquevich, by and through his attorney John Talbot of the Bridges Law Firm, and based on the pleadings before the Court and the consent of the parties, the Court does hereby find as follows:

1.  K & K Farm Service, Inc., (hereinafter referred to as "K & K") an Arkansas Corporation with its principal place of business in the County of Lonoke, State of Arkansas

2.  Gaston Marquevich (hereinafter referred to as "Marquevich") is an individual and resident of the State of Florida with his last known address as 600 Brickell Ave., Suite 1570, Miami, FL 33131.

3.  This court has subject matter jurisdiction and In Personam jurisdiction.

4.  The venue is properly with this court.

5.  Southwind Milling Co. LLC (hereinafter referred to as "Southwind") was an Arkansas limited liability company and in 2016 its principal place of business was in the County of Jefferson, State of Arkansas.

6.  K & K sold rice to Southwind in 2016.

Judgment

---

7. Southwind did not pay K &K the full balance owed to K & K for the rice delivered to Southwind.

8. Southwind and K & K entered into an agreement for installment payments (hereinafter referred to as the "Southwind Installment Agreement") whereby Southwind agreed it would pay K & K the full amount of the Southwind Remaining Balance over a period of time as set forth in the Southwind Installment Agreement.

9. As part of the consideration for K & K to enter into the Southwind Installment Agreement, Southwind executed a separate promissory note (hereinafter referred to as the "Southwind Promissory Note") dated September 12, 2016 that was payable to K & K in the original principal amount of Two Million Two Hundred Forty-one Thousand Eight Hundred Thirty and 28/100 Dollars ($2,241,830.28).

10. Marquevich signed the Southwind Promissory Note as "Manager" for Southwind Milling Group, LLC.

11. In September 2016, Marquevich executed a personal guarantee for the payment of the Southwind Promissory Note.

12. The guaranty given by Marquevich was additional consideration and an additional inducement for K & K to enter into the Southwind Installment Agreement and Southwind Promissory Note.

13. The Southwind Promissory Note has not been paid as provided for in the Southwind Promissory Note.

14. The Southwind Promissory Note is in default.

Judgment

---

15. After giving credit for all payments made on the Southwind Promissory Note prior to May 1, 2017, K & K has been owed the principal sum of Eight Hundred Eight-one Thousand Seven Hundred Seventy-eight and 33/100 ($881,778.33) US Dollars since May 1, 2017.

16. Pursuant to the terms of the Southwind Promissory Note interest accrues at the rate of five per cent (5%) per annum.

17. K & K made a demand for payment, even though the requirement for a demand was waived in the Southwind Promissory Note, to Marquevich on February 4, 2019, giving Marquevich an additional ten (10) business days to pay in full. The time to pay was extended to February 28, 2019.

18. Marquevich has not paid K & K.

19. Marquevich is in default on Marquevich's Guaranty.

20. K & K is entitled to a judgment over and against Marquevich.

21. Marquevich and K & K have agreed upon an amount of a judgment in lieu of a trial to be the sum of Nine Hundred Forty-nine Thousand Six Hundred one and 91/100 ($949,601.91) US Dollars as of May 30, 2020, plus interest each day thereafter at the rate of five per cent per annum (5.0%) pursuant to the Southwind Promissory Note and Ark. Code 16-65-114(a).

**IT IS THEREFORE ORDERED, DECREED AND ADJUDGED** that the Plaintiff, K & K Farm Service, Inc., is hereby awarded judgment against the Defendant, Gaston Marquevich, in the amount of Nine Hundred Forty-nine Thousand Six Hundred one and 91/100 ($949,601.91) US Dollars as of May 30, 2020, plus interest each day thereafter at the rate of five per cent per annum (5.0%) as provided by law.

Judgment

---

**IT IS SO ORDERED,**

_____
Hon. Lee P. Rudofsky, U.S. District Judge

June 23, 2020
_____
Date

Prepared by:

_____
Donald K. Campbell, III
ARSC#84017
Attorney for Plaintiff

Approved as to form

_____
John Talbot
ARSC#97119
Attorney for Defendant